

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2022

No. 04-21-00409-CR

**EX PARTE** Mark **HOWERTON**,
Appellant

From the 144th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR2399
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Sitting:     Rebeca C. Martinez, Chief Justice
             Beth Watkins, Justice
             Lori I. Valenzuela, Justice

Appellant's motion for rehearing is DENIED. See TEX. R. APP. P. 49.3.

_____
Beth Watkins, Justice

        IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2022.



_____
MICHAEL A. CRUZ, Clerk of Court